**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 16-cv-24105-GAYLES/WHITE**

**ALBERIC ISRAEL,** *on behalf of* **A.I.** *and*
**E.I.,** *minor children*,
                                **Plaintiff,**

            **v.**

**CITY OF NORTH MIAMI BEACH, et al.,**
                                **Defendants.**
_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

        **THIS CAUSE** comes before the Court on Magistrate Judge Patrick A. White's Prelimi-

nary Report of Magistrate Judge (the "Report") [ECF No. 6], entered on November 17, 2016.

Plaintiff Alberic Israel filed a Complaint on behalf of his minor children, A.I. and E.I., against

Defendants City of North Miami Beach; Clint Shannon, the Chief of Police of the City of North

Miami Police Department; Detective Joseph Kissel of the City of North Miami Police Department;

and Assistant State Attorney Helen Page on September 26, 2016 [ECF No. 1]. The matter was

referred to Judge White for a ruling on all pretrial, nondispositive matters, and for a Report and

Recommendation on any dispositive matters. [ECF No. 2]. The Plaintiff filed a motion for leave

to proceed *in forma pauperis* [ECF No. 3], which Judge White granted on September 29, 2016

[ECF No. 4].

        Judge White's Report recommends that this Court, upon initial screening mandated by the

*in forma pauperis* provisions of the Prison Litigation Reform Act, 28 U.S.C. § 1915, dismiss the

Plaintiff's Complaint as frivolous under 28 U.S.C. § 1915A(b)(1), because the Plaintiff's claims,

brought pursuant to 42 U.S.C. § 1983, arising from his arrest by Defendant Kissel on November

16, 2005, is barred by the applicable statute of limitations and thus has no arguable basis in law or

fact. *See* Report at 7-8. The Plaintiff timely filed Objections, which were received by the Court on December 2, 2016 [ECF No. 7].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). If no objections are filed, the district court need only review the report and recommendation for "clear error." *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam); *see also* Fed. R. Civ. P. 72 advisory committee's note.

The Court has undertaken the required *de novo* review of the Report, the Plaintiff's Objections, and the record in this case and finds the Plaintiff's Objections to be without merit. The Court agrees with the well-reasoned analysis and recommendations contained the Report. It is therefore

**ORDERED AND ADJUDGED** that the Preliminary Report of Magistrate Judge [ECF No. 6] is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference.

The Plaintiff's Complaint [ECF No. 1] is **DISMISSED WITH PREJUDICE**.

This action is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 6th day of December, 2016.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE